UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Angel Tinoco-Perez<br><br>Defendant(s) | CRIMINAL NO. 08CR1525-W<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08351298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).

Didier Castillero-De La Luz

DATED: 5-13-08

**RECEIVED** _____
           DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
           Deputy Clerk